IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-20722
Summary Calendar

_____

DONALD F. HOBBS,

Plaintiff - Appellant

versus

EUGENE HARBIN, Assistant Warden; TRACY ALLEN; JAMES MITCHELL;
TAMARA YOUNG; MARY MOSELY; KENNETH N. DAVIS, Sergeant; MARC H.
RODRIGUEZ; CRAIG B. PRICE; RICHARD C. THALER,

Defendants - Appellees,

--------------------------

DONALD F. HOBBS,

Plaintiff - Appellant,

versus

GEORGE W. BUSH, JR., Governor; WAYNE SCOTT, Director, Texas
Department of Criminal Justice; GARY JOHNSON, Director, Texas
Department of Criminal Justice; EUGENE HARBIN, Assistant Warden;
TRACY ALLEN; ALLEN POLUNSKY; DR. BOBBY VINCENT; RICHARD C.
THALER, Warden; JUAN J. TREVINO; JAMES MCKEE, Sergeant; CRAIG B.
PRICE, Major; ROBERT S. GAYLOR, Captain; DENISE BOX; HENRY C.
JONES; TAMMY DUKE; BOBBIE PARKER; CLARENCE GLASS, JR.,
Lieutenant; MARGARET MOSLEY; DR. EDGAR HULIPAS; DR. LANNETTE
LINTHICUM; ROCHELLE MCKINNEY; PRISCILLA DALY; TIMOTHY C. SIMMONS,
Assistant Warden; TOM HESTER; LEON GUINN; ROBERT P. KOENIG, SR.;
KEITH CLENDENNEN; NANCY PETKOUSEK; SHANTA JENKINS; JESSE
FRANKLIN; SYLVIA J. PIASTA; ANNIS BURCH; JUDITH LARUE; TONY
HARBIN, Sergeant; SURETY NO 1; SURETY NO 2; SURETY NO 3,

Defendants - Appellees,

--------------------------

DONALD F. HOBBS,

                              Plaintiff - Appellant,

versus

BRYAN A. SUMSTINE; KENNETH N. DAVIS, Sergeant; GERALD A CURTIS,

                              Defendants - Appellees,

                    -------------------------

DONALD F. HOBBS

                              Plaintiff - Appellant

versus

ROBERT H. QUADA, JR.; RICHARD C. THALER; CHERYL L. KELLEY,

                              Defendants - Appellees

                    -------------------------

DONALD F. HOBBS

                              Plaintiff - Appellant,

versus

KATHERINE KYLE; DENISE BOX; RICHARD C. THALER,

                              Defendant - Appellee.

                    --------------------
            Appeal from the United States District Court
                 for the Southern District of Texas
                      USDC No. H-00-CV-1208
                      USDC No. H-00-CV-2715
                      USDC No. H-01-CV-815
                      USDC No. H-00-CV-944
                      USDC No. H-01-CV-1028
                    --------------------

                       January 2, 2002

Before JONES, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Donald Hobbs, Texas prisoner no. 691219, appeals the dismissal of one of his consolidated actions. This court lacks jurisdiction because the dismissal of only one of the consolidated actions is not a final appealable judgement. See Road Sprinkler Fitters Local Union v. Continental Sprinkler Co., 967 F.2d 145, 149-51 (5th Cir. 1992). This court also lacks jurisdiction to consider the court's order striking Hobbs's Fed. R. Civ. P. 60(b) motion following the Quada dismissal. See Williams v. Chater, 87 F.3d 702, 705 (5th Cir. 1996). The appeal is DISMISSED.

Hobbs's motion for appointment of counsel is DENIED.

APPEAL DISMISSED; MOTION DENIED

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.